IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiffs,

vs.

KYCE JAMES DAVIS,

Defendants.

4:20CR3120

ORDER

IT IS ORDERED:

1)    Defendant's motion for temporary release, (Filing No. 625) and Defendant's motion to review the conditions of supervised release, (Filing No. 629), are granted as orally revised at today's hearing.

2)    Defendant shall comply with all terms and conditions of supervised release except as follows:

Defendant shall be released to reside at NOVA TC, Omaha, Nebraska and participate in that facility's treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3)    Defendant shall arrive at NOVA TC, Omaha, Nebraska by 10:00 a.m. on June 8, 2026. Upon resolution of his Lancaster County warrants or posting bond to such, Defendant shall reside at 3732 NW Fairwood Court, Lincoln, Nebraska. He will remain on house arrest at such address until Jessica Goodwin picks him up on June 8, 2026 to travel to NOVA TC, Omaha, Nebraska.

Dated this 3rd day of June, 2026.

BY THE COURT:
*s/ Jacqueline M. DeLuca*
United States Magistrate Judge